An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCISCO ORTIZ,
Petitioner,
vs.
STEVEN GRIERSON, DISTRICT
COURT CLERK, DC CRIMINAL DESK
56, DEPUTY CLERK OF THE COURT,
Respondent.

No. 58347

**FILED**

APR 3 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

On March 14, 2013, this court entered an order to show cause why this proper person petition for a writ of mandamus should not be dismissed as abandoned as it appeared that petitioner had moved without informing this court of his new address, leaving us unable to communicate with him. The order gave petitioner until March 29, 2013, to respond and cautioned petitioner that his failure to do so would result in the dismissal of this matter. To date, petitioner has failed to respond or otherwise comply with the March 14 order and the copy of our March 14 order sent to petitioner was returned with no forwarding address. Accordingly, we conclude that petitioner has abandoned this petition, and we

ORDER this petition DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]We direct the clerk of this court to file petitioner's May 31, 2011, motion regarding the filing fee and conclude that no action is necessary on this motion as the filing fee has since been waived.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12670

cc:    Francisco Ortiz
       Clark County District Attorney/Civil Division
       Eighth District Court Clerk